**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HHGREGG, INC., et al.[1] | ) | Case No. 17-01302-JJG-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED | ) | |
| CREDITORS OF GREGG APPLIANCES | ) | |
| INC., | ) | Adversary Proc. No.: 17-50309 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| WHIRLPOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SECOND MOTION TO ADJOURN HEARING ON DEFENDANT'S**
**MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS**

The Official Committee of Unsecured Creditors of Gregg Appliances, Inc. (the "Plaintiff") hereby move the Court for an order adjourning the hearing on Defendant Whirlpool Corporation's Motion to Consolidate Adversary Proceedings for a period of 60 days. In support of this motion, Plaintiff states as follows:

1.  On July 19, 2018, Defendant Whirlpool Corporation filed a Motion to Consolidate Adversary Proceedings (the "Motion"). [Docket Index 9].

2.  On August 14, 2018, Plaintiff, with consent of Defendant, filed a Motion To Adjourn Hearing on Defendant's Motion To Consolidate Adversary Proceeding.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875). The location of the Debtors' corporate headquarters is 4151 East 96th Street, Indianapolis, Indiana 46240.

3. On August 15, 2018, the Court entered the Order Granting Motion To Adjourn Hearing on Defendant's Motion To Consolidate Adversary Proceedings. [Docket Index 12].

4. A telephonic hearing on the Motion is currently set for November 20, 2018 at 10:00 a.m.

5. Plaintiff and Defendant are actively engaged in settlement discussions but need additional time to discuss.

6. To accommodate the same, Plaintiff now seeks an order from the Court adjourning the November 20, 2018 hearing on the Motion and associated response deadline for 60 days.

7. Plaintiff has contacted Defendant regarding this request, and Defendant has consented to a 60 day adjournment of the hearing on its Motion.

Wherefore, Plaintiff respectfully requests the Court enter an order adjourning the hearing on the Motion for a period of 60 days.

Dated:          November 7, 2018                    Respectfully submitted,

                                                    */s/ Gary D. Underdahl*
                                                    Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
                                                    Gary D. Underdahl, Esq., MN SBN 0301693
                                                    2600 Eagan Woods Drive, Suite 400
                                                    St. Paul, MN  55121
                                                    Telephone: (651) 289-3857
                                                    Fax: (651) 406-9676
                                                    Email: gunderdahl@askllp.com

                                                    *-and-*

                                                    Edward E. Neiger, Esq.
                                                    151 West 46th Street, 4th Fl.
                                                    New York, NY  10036
                                                    Telephone: (212) 267-7342
                                                    Fax: (212) 918-3427

                                                    *Counsel to the Official Committee of*
                                                    *Unsecured Creditors of Gregg Appliances,*
                                                    *Inc*